IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br>In the Matter of Francisco Xavier Marquez - #172631 _____ / | No. C 14-80163 WHA<br><br>**ORDER OF SUSPENSION** |

    Because Francisco Xavier Marquez has failed to respond to the order to show cause, Mr. Marquez's membership in the bar of this Court is hereby **SUSPENDED**.

    **IT IS SO ORDERED.**

Dated: August 22, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE